NOS. 15-5042

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
_____

UNITED STATES OF AMERICA,
APPELLANT,

v.

KEENAN DANCELL VERNER,
APPELLEE.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
_____

MOTION OF THE UNITED STATES TO FILE A SUPPLEMENTAL APPENDIX
INCLUDING THE VIDEO-RECORDING OF THE STOP

This is the government's appeal of the suppression of evidence by the district court. Appellee Verner's responsive brief raises a factual issue that might be clarified by the video-recording of the stop of the car in which Verner was a passenger. That video-recording was admitted into evidence as an exhibit at the suppression hearing (*see* Aplt. App. 86), and therefore is already part of the appellate record, which includes "exhibits filed in the district court." Fed. R. App. P. 10(a)(1). Appellant hereby moves to file two copies of a Supplemental Appendix including that video-recording. We understand from the Clerk's Office that a

videofile cannot be uploaded by the ECF system, so the hard-copy Supplemental Appendix would be the only method of filing the video-recording. The government's reply brief is due on November 16, 2015.

Counsel for Verner has been consulted and objects to the filing of this Supplemental Appendix.

Respectfully submitted,

/s Richard A. Friedman
RICHARD A. FRIEDMAN
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC   20530
(202) 514-3965
richard.friedman@usdoj.gov

## Certificate of Redactions and Virus Scan

The undersigned certifies that no privacy redactions were necessary, that this motion has been scanned for viruses, and that no paper copies are required.

### CERTIFICATE OF SERVICE

The undersigned certifies that on November 3, 2015, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.   I certify that service on all registered CM/ECF users was accomplished by the appellate CM/ECF system.

/s Richard A. Friedman
RICHARD A. FRIEDMAN